◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WOODS, Appellant. [887 NYS2d 867]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered February 2, 2007, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was

not valid (*see People v Moyett,* 7 NY3d 892, 893 [2006]; *People v Lopez,* 6 NY3d 248, 257 [2006]). However, contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently entered (*see People v Garcia,* 92 NY2d 869, 870 [1998]; *People v Fiumefreddo,* 82 NY2d 536, 543 [1993]; *People v Grimes,* 35 AD3d 882, 883 [2006]).

The defendant's remaining contention is without merit. Rivera, J.P., Florio, Miller and Hall, JJ., concur.